# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 25, 2025

## NO. 03-25-00839-CV

**Alexander Candelario, Individually and on behalf of Practice Interactive, Inc., Appellant**

**v.**

**Bridget Mueller and Felipe Pereira Ribeiro, Appellees**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED FOR WANT OF JURISDICTION –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on October 22, 2025. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.